IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracy Kennedy,<br><br>          Plaintiff,<br><br>vs.<br><br>Vertex Education LLC,<br><br>          Defendant. | No. CV-20-00174-PHX-SPL<br><br>**ORDER** |

The Court has been advised that the parties have reached a settlement in this case (Doc. 22). Accordingly,

**IT IS ORDERED** that this case will be dismissed *with prejudice* on **July 23, 2020** unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 23rd day of June, 2020.

Honorable Steven P. Logan
United States District Judge